MCKEE NELSON LLP
Scott E. Eckas (SE 7479)
Kevin J. Biron (KB 1030)
One Battery Park Plaza, 34th Floor
New York, New York 10004
Tel: (917) 777-4200
Fax: (917) 777-4299

Attorneys for plaintiff
Greenwich Capital Financial Products, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.,

                     Plaintiff,

-against-

KAY-CO INVESTMENTS INC. (D/B/A PRO30 FUNDING),

                     Defendant.
-----------------------------------------------------------------x

Case No.: 07-CV-6523 (PKC)
ECF CASE

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff Greenwich Capital Financial Products, Inc. ("Greenwich"), a nongovernmental corporate party, certifies as follows (i) Greenwich Capital Holdings, Inc. ("Greenwich Holdings") is the parent corporation of Greenwich; (ii) NatWest Group Holdings Corporation is the parent corporation of Greenwich Holdings; and (iii) no publicly held corporation beneficially owns ten percent or more of Greenwich's stock.

Dated:  New York, New York
        July 19, 2007

                                    MCKEE NELSON LLP

                                By: _____
                                    Scott E. Eckas (SE 7479)
                                    Kevin J. Biron (KB 1030)

                                    One Battery Park Plaza
                                    New York, New York  10004
                                    Tel: (917) 777-4200
                                    Fax: (917) 777-4299

                                    *Attorneys for Plaintiff Greenwich Capital
                                    Financial Products, Inc.*