**United States District Court**
**Southern District of New York**

Greenwich Capital Financial Products Inc )
) Case No.: 07CV6523
)
Plaintiff )
v. )
Kay-Co Investments Inc (D/B/A PRO30 Funding) )
)
Defendant )
)

### AFFIDAVIT OF SERVICE

That I, _Jack Johnson_ hereby solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the foregoing document are true and do affirm I am a competent person over 18 years of age and not a party to this action.

That I served: Kay-Co Investments Inc (D/B/A PRO30 Funding) with the following list of documents: Summons, Complaint, Rule 7.1 Statement by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with _Gerry MORANDO_ Title/relationship: _Asst Sec / Intake Clerk_

That on _7/20/07_ at _11:50_ (AM/PM at the address of _NATIONAL REGISTERED AGENT_ service was made by;
_875 AVE. OF the AMERICAS, Suite 501_

__ Personal Service: By personally delivering the documents to the person being served. _New York, N.Y. 10001_

__ Substitute Service: By leaving the documents at the dwelling house or usual place of abode of the person being served with a member of the household who stated they resided herein and was of suitable age and discretion, and was explained the general nature of the documents.

✓ Corporate, Registered Agent or Legal Representative Service: By leaving with an officer, director or a person who stated they had authority to accept service of process for the above listed person or entity.

__ By affixing a true copy of each to the door of said premises, which is recipient's actual place of abode

Description: Skin: _____ Sex: _____ Age: _____ Height: _____ Weight: _____ Hair: _____ Glasses: _____

X Military Service. Deponent asked the person spoken to whether the recipient was presently in military service of the United States or of the State in which they reside and was informed that the recipient was not.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_Jack Johnson_

Due Process Process License _#1181702_    Executed on: _7/20/07_
P.O. Box 2396
Columbia, MD 21045
(800) 228-0484

Subscribed and sworn to before me, a notary public, on the _20_ day of _July_, 2007.

_[notary signature]_

JULIUS D. BINGHAM
NO. 01BI6178005
QUALIFIED IN QUEENS COUNTY
COMMISSION EXP. 3/23/11
NOTARY PUBLIC STATE OF N.Y.

07-2264

546/PS7-99