## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies a copy of the foregoing Request for Entry of Default Against Defendant Kay-Co Investments, Inc. and the Affidavit of Scott E. Eckas was served this 29th day of August, 2007, via regular U.S. mail postage prepaid, upon:

Kay-Co. Investments, Inc.
88 Rowland Way, Suite 200
Novato, California 94945

National Registered Agents, Inc.
875 Avenue of the Americas, Suite 501
New York, New York 10001
Registered Agent for Defendant Kay-Co Investments, Inc.


/s/ Kevin J. Biron
_____
Kevin J. Biron (KB 1030)