UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.,

                         Plaintiff,

      -against-

KAY-CO INVESTMENTS, INC. (D/B/A PRO30 FUNDING),

                        Defendant.
------------------------------------------------------------------x

Case No.: 07-CV-6523 (PKC)

ECF Case

## AFFIDAVIT OF SCOTT E. ECKAS IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT BY THE CLERK OF THE COURT

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK  )

        Scott E. Eckas, being duly sworn, deposes and says:

        1.     I am a member of the Bar of this Court and am a partner of the firm of McKee Nelson LLP, attorneys for plaintiff Greenwich Capital Financial Products, Inc. ("Greenwich") in the above-captioned action. I am familiar with the facts and circumstances set forth below.

        2.     I make this affidavit pursuant to Rule 55.1 of the Civil Rules for the Southern District of New York, in support of plaintiff's application for the entry of default against defendant Kay-Co Investments, Inc. ("Kay-Co") pursuant to Federal Rule of Civil Procedure 55(a).

        3.     Kay-Co being a corporation, is not an infant, in the military, or an incompetent person.

4.  This action was commenced on July 19, 2007 by the filing of the Summons and Complaint.

5.  Pursuant to § 311 of the New York Civil Procedure Law and Rules, a copy of the Summons and Complaint was properly served on Kay-Co on July 20, 2007 by personal service on Gerry Morando, intake clerk at National Registered Agents, Inc., which is Kay-Co's registered agent. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of the Affidavit of Service, which was filed with the Court on July 23, 2007.

6.  Pursuant to Fed. R. Civ. P. 12(a), Kay-Co was required to plead or otherwise defend the claims asserted in the Complaint within twenty (20) days of service, by August 9, 2007.

7.  Kay-Co has not answered the Complaint and the time for Kay-Co to answer the Complaint has expired.

WHEREFORE, Greenwich respectfully requests that the Clerk of the Court note the default of Kay-Co upon the record.

Dated: New York, New York
Aug. 29, 2007

By: _____
/Scott E. Eckas (SE 7479)

Sworn to before me this 29th
day of August, 2007.

_____
Notary Public
GARY STRUM
Notary Public, State of New York
No. 01ST6115216
Qualified in New York County
Commission Expires September 7, 2008