# EXHIBIT 1

United States District Court
Southern District of New York

Greenwich Capital Financial Products Inc )
) Case No.: 07CV6523
)
)
)
Plaintiff )
v. )
Kay-Co Investments Inc (D/B/A PRO30 Funding) )
)
)
Defendant )

## AFFIDAVIT OF SERVICE

That I, JACK Johnson, hereby solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the foregoing document are true and do affirm I am a competent person over 18 years of age and not a party to this action.

That I served: Kay-Co Investments Inc (D/B/A PRO30 Funding) with the following list of documents: Summons, Complaint, Rule 7.1 Statement by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with Gerry MORANDO Title/relationship: ASST SEC/INTAKE CLERK

That on 7/20/07 at 11:50 AM/PM at the address of NATIONAL REGISTERED AGENT service was made by; 875 AVE. OF the AMERICAS, suite 501

__ Personal Service: By personally delivering the documents to the person being served. New York, N.Y. 10001

__ Substitute Service: By leaving the documents at the dwelling house or usual place of abode of the person being served with a member of the household who stated they resided herein and was of suitable age and discretion, and was explained the general nature of the documents.

✓ Corporate, Registered Agent or Legal Representative Service: By leaving with an officer, director or a person who stated they had authority to accept service of process for the above listed person or entity.

__ By affixing a true copy of each to the door of said premises, which is recipient's actual place of abode

Description: Skin: ____ Sex: ____ Age: ____ Height: ____ Weight: ____ Hair: ____ Glasses: ____

X Military Service. Deponent asked the person spoken to whether the recipient was presently in military service of the United States or of the State in which they reside and was informed that the recipient was not.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Jack Johnson
Due Process License #1181702    Executed on: 7/20/07

P.O. Box 2396
Columbia, MD 21045
(800) 228-0484

Subscribed and sworn to before me, a notary public, on the 20 day of July, 2007.

07-2264                                                                                      546/857-99