# McKee Nelson LLP

Correspondence from:
› NEW YORK, NY

ONE BATTERY PARK PLAZA
34TH FLOOR
NEW YORK, NY 10004
Telephone 917.777.4200
Facsimile 917.777.4299

WASHINGTON, DC

1919 M STREET, NW
SUITE 200
WASHINGTON, DC 20036
Telephone 202.775.1880
Facsimile 202.775.8586

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/07

Scott E. Eckas
Direct Dial: 917/777-4343
seckas@mckeenelson.com



CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

RECEIVED
AUG 31 2007

August 30, 2007

**BY HAND**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 2260
New York, NY 10007

Re: **Greenwich Capital Financial Products, Inc. v. Kay-Co Investments, Inc. (D/B/A Pro30 Funding) – Case No. 07-CV-6523 (PKC)**

Dear Judge Castel:

We represent plaintiff Greenwich Capital Financial Products, Inc. ("Greenwich") in connection with the above-referenced case. This letter is submitted in compliance with the Order Scheduling Initial Pretrial Conference that was entered on July 25, 2007 (the "Order"). The initial pretrial conference is currently scheduled for September 7, 2007 at 3:15 p.m. As set forth more fully below, defendant Kay-Co Investments, Inc. ("Kay-Co") has failed to file an answer or otherwise respond to Greenwich's complaint. Accordingly, we have been unable to confer with Kay-Co regarding the submission of a joint letter as required by the Order. Below, however, we have set forth a brief description of the case, the contemplated motions and the prospect for settlement.

## I. Brief Description of the Case

This is a breach of contract action that arises out of Kay-Co's material breaches of that certain Mortgage Loan Purchase and Interim Servicing Agreement by and between Greenwich and Kay-Co, dated as of October 1, 2006 (the "Agreement"). Specifically, Kay-Co has failed to fulfill its obligations under the Agreement to (i) repurchase from Greenwich 12 mortgage loans that experienced early payment defaults, and (ii) remit to Greenwich the related repurchase premiums with respect to those loans. This action seeks to remedy Kay-Co's breaches of the Agreement.

The Honorable P. Kevin Castel
August 30, 2007
Page 2

This case was commenced by Greenwich on July 19, 2007 by the filing of a summons and complaint. Pursuant to § 311 of the New York Civil Procedure Law and Rules, a copy of the summons and complaint was properly served on Kay-Co on July 20, 2007 by personal service on Gerry Morando, intake clerk at National Registered Agents, Inc., which is Kay-Co's registered agent. Pursuant to Fed. R. Civ. P. 12(a), Kay-Co was required to plead or otherwise defend the claims asserted in the complaint within twenty (20) days of service, by August 9, 2007. Kay-Co has not answered the complaint and the time for Kay-Co to do so has expired.

## II.    Contemplated Motions

On August 30, 2007, Greenwich filed a request for entry of default against Kay-Co. Greenwich plans to move this Court for entry of a default judgment against Kay-Co soon after the Clerk of Court notes Kay-Co's default on the record.

## III.    Prospect of Settlement

None.

\*   \*   \*

As Kay-Co has not appeared in the action, we will contact Your Honor's chambers early next week to inquire as to whether the September 7 status conference remains necessary. Please do not hesitate to have Your Honor's chambers contact me with any questions or concerns.

Respectfully submitted,

Scott E. Eckas (SE 7479)

cc (by U.S. mail): Kay-Co Investments, Inc.

*[Handwritten note:]* No appearance on September 7 is required. Plaintiff to proceed to obtain Clerk's Certificate of default and move for default judgment on default procedure available on the Court's website. SO ORDERED

USDJ
9-5-07