MCKEE NELSON LLP
Scott E. Eckas (SE 7479)
Kevin J. Biron (KB 1030)
One Battery Park Plaza, 34th Floor
New York, New York 10004
Tel: (917) 777-4200
Fax: (917) 777-4299

Attorneys for plaintiff
Greenwich Capital Financial Products, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.,

                              Plaintiff,

          -against-

KAY-CO INVESTMENTS, INC. (D/B/A PRO30 FUNDING),

                              Defendant.
-----------------------------------------------------------------x

Case No.: 07-CV-6523 (PKC)

**Electronically Filed**

### NOTICE OF PLAINTIFF GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.'S APPLICATION FOR JUDGMENT BY DEFAULT AGAINST DEFENDANT KAY-CO INVESTMENTS, INC. (D/B/A PRO30 FUNDING)

      PLEASE TAKE NOTICE that pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure; and upon the accompanying Affidavit of Scott E. Eckas, sworn to on September 18, 2007, and attached exhibits; the accompanying Affidavit of Anthony Constantine, sworn to on September 21, 2007, and attached exhibits; and all other pleadings and proceedings herein, plaintiff Greenwich Capital Financial Products, Inc. respectfully requests that this Court, before the Honorable P. Kevin Castel, United States District Judge, Southern District of New York, at the United States Courthouse, 500 Pearl Street, Courtroom 12C, New York, New York 10007,

enter a judgment by default against defendant Kay-Co Investments, Inc. in the amount of $1,767,004.12, which amount consists of $1,719,793.09 in damages and $47,211.03 in reasonable costs, attorney's fees and expenses incurred in connection with this action. Attached hereto as <u>Exhibit 1</u> is the proposed form of default judgment.

Dated: New York, New York
September 24, 2007

                              MCKEE NELSON LLP

                         By: <u>/s/ Kevin J. Biron</u>
                             Scott E. Eckas (SE 7479)
                             Kevin J. Biron (KB 1030)

                             One Battery Park Plaza
                             New York, New York 10004
                             Tel: (917) 777-4200
                             Fax: (917) 777-4299

                             *Attorneys for Plaintiff Greenwich Capital*
                             *Financial Products, Inc.*