

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.,

                Plaintiff,

-against-

KAY-CO INVESTMENTS, INC. (D/B/A PRO30 FUNDING),
                Defendant.
-----------------------------------------------------------------------x

Case No.: 07-CV-6523 (PKC)

**DEFAULT JUDGMENT**

    This action having been commenced on July 19, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Kay-Co Investments, Inc. (d/b/a Pro30 Funding), on July 20, 2007 by leaving the documents with Gerry Morando, intake clerk at National Registered Agents, Inc., defendant's registered agent, and a proof of service having been filed on July 23, 2007, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court having issued a Certificate of Default on August 30, 2007 stating that defendant was properly served and failed to answer or appear, it is

    ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $1,706,990.66 with interest at 9% from July 30, 2007 amounting to $1,719,793.09 plus reasonable costs, attorney's fees and expenses incurred in connection with this action in the amount of $47,211.03 amounting in all to $1,767,004.12.

Dated: New York, New York

                                            Hon. P. Kevin Castel, U.S.D.J.