

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.,

                         Plaintiff,

    -against-

KAY-CO INVESTMENTS, INC. (D/B/A PRO30 FUNDING),

                        Defendant.
-------------------------------------------------------------------x

Case No.: 07-CV-6523 (PKC)

**CLERK'S CERTIFICATE**

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on July 19, 2007 with the filing of a summons and complaint; on July 20, 2007, a copy of the summons and complaint was properly served on defendant Kay-Co Investments, Inc. ("Kay-Co") by personal service on Gerry Morando, intake clerk at National Registered Agents, Inc., which is Kay-Co's registered agent; and proof of such service thereof was filed on July 23, 2007.

I further certify that the docket entries indicate that Kay-Co has not filed an answer, appeared or otherwise moved with respect to the complaint herein. The default of Kay-Co is hereby noted.

Dated: New York, New York
         8/30/07

J. MICHAEL MCMAHON
Clerk of the Court

By: _____
               Deputy Clerk