

Exhibit 5

Greenwich Capital v. Kay-Co Investments
SDNY Index No. 07-CV-6523 (PKC)

## McKee Nelson Legal Services Fees and Expenses

| Date | Name | Title | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| 06/26/2007 | Eckas, Scott E. | Partner | 0.50 | $730.00 | $365.00 | Telephone conversation with client; email communications with client; general attention to matter |
| 06/27/2007 | Eckas, Scott E. | Partner | 4.50 | $730.00 | $3,285.00 | Prepare for and have conference call with client; review new materials provided by client; discussions with K. Biron regarding same; begin outlining complaint |
| 06/27/2007 | Biron, Kevin J. | Associate | 4.75 | $525.00 | $2,493.75 | Review documents received from client in connection with dispute; prepare summary of the same; office conference with S Eckas regarding the same; background research regarding Kay-Co; communications with client regarding dispute and request for additional materials |
| 06/28/2007 | Eckas, Scott E. | Partner | 0.75 | $730.00 | $547.50 | Continued attention to documents, and discussions with K. Biron |
| 06/28/2007 | Biron, Kevin J. | Associate | 5.50 | $525.00 | $2,887.50 | Research regarding dispute with Kay-Co and company background; office conference with S. Eckas regarding the same, commence drafting complaint |
| 06/29/2007 | Biron, Kevin J. | Associate | 0.25 | $525.00 | $131.25 | Continue drafting complaint |
| 07/02/2007 | Eckas, Scott E. | Partner | 1.25 | $730.00 | $912.50 | Office conference with K. Biron regarding complaint; email to client; review related Court filings; attempt to contact Duane Morris; telephone conference with James Esposito; review additional documents received from client |
| 07/02/2007 | Biron, Kevin J. | Associate | 2.00 | $525.00 | $1,050.00 | Review and revise complaint; communications with S. Eckas regarding the same |
| 07/03/2007 | Eckas, Scott E. | Partner | 1.50 | $730.00 | $1,095.00 | Review and revise complaint, and discuss edits with K. Biron |
| 07/03/2007 | Biron, Kevin J. | Associate | 4.50 | $525.00 | $2,362.50 | Review and revise complaint; review agreements and related documents in connection therewith; communications with S. Eckas regarding the same |
| 07/05/2007 | Biron, Kevin J. | Associate | 3.00 | $525.00 | $1,575.00 | Review and revise complaint; review related agreements and documents; communications with S. Eckas regarding the same |
| 07/05/2007 | De Los Santos, Hope E. | Lit Sup Super | 0.50 | $265.00 | $132.50 | Extract e-mail messages to network for review by K. Biron |
| 07/06/2007 | Eckas, Scott E. | Partner | 1.00 | $730.00 | $730.00 | Continue to work on Complaint; communications with K. Biron regarding same; finalize draft and send to client |
| 07/09/2007 | Eckas, Scott E. | Partner | 0.50 | $730.00 | $365.00 | Attention to draft complaint and additional information from client; telephone conference with Duane Morris |
| 07/10/2007 | Eckas, Scott E. | Partner | 0.50 | $730.00 | $365.00 | Attention to potential bankruptcy issues; communication with K. Biron regarding same; telephone conference with client |
| 07/10/2007 | Biron, Kevin J. | Associate | 1.00 | $525.00 | $525.00 | Office conference with S. Eckas regarding complaint and possibility of involuntary bankruptcy; prepare email to S. Eckas regarding the same |
| 07/13/2007 | Eckas, Scott E. | Partner | 0.75 | $730.00 | $547.50 | Review comments from client with regard to draft complaint; communications with K. Biron regarding same |

Page 1 of 4.

Greenwich Capital v. Kay-Co Investments
SDNY Index No. 07-CV-6523 (PKC)

## McKee Nelson Legal Services Fees and Expenses

| Date | Name | Title | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| 07/17/2007 | Biron, Kevin J. | Associate | 0.25 | $525.00 | $131.25 | Review recent correspondence; communications with S. Eckas regarding the same |
| 07/17/2007 | McLaughlin, Joshua R. | Paralegal I | 0.50 | $205.00 | $102.50 | Attention to initiating action in Southern District of New York |
| 07/18/2007 | Biron, Kevin J. | Associate | 1.50 | $525.00 | $787.50 | Prepare complaint for filing; prepare Disclosure statement and summons; review client correspondence |
| 07/19/2007 | Smith, Jeffrey Q. | Partner | 0.25 | $855.00 | $213.75 | Office conference with K. Biron to address certain pleading issues |
| 07/19/2007 | Biron, Kevin J. | Associate | 2.25 | $525.00 | $1,181.25 | Review recent correspondence; revise complaint in connection with client comments; discuss the same with J. Smith; finalize complaint and related pleadings |
| 07/19/2007 | McLaughlin, Joshua R. | Paralegal I | 3.50 | $205.00 | $717.50 | Contact registered process server to arrange for service of Complaint upon Defendant; contact Clerk's Office for the Southern District of New York to confirm procedure for opening a new civil action; prepare copies of documents to be filed; travel to Southern District of New York courthouse to file necessary documents required to open a new civil action; forward PDF copies of documents to registered process server |
| 07/23/2007 | Eckas, Scott E. | Partner | 0.25 | $730.00 | $182.50 | Attention to matter |
| 07/23/2007 | McLaughlin, Joshua R. | Paralegal I | 0.25 | $205.00 | $51.25 | File Affidavit of Service electronically with the Southern District of New York |
| 08/07/2007 | Katz, Brian | Associate | 3.50 | $375.00 | $1,312.50 | Research regarding service of process under NY law |
| 08/08/2007 | Eckas, Scott E. | Partner | 0.25 | $730.00 | $182.50 | Attention to research |
| 08/08/2007 | Katz, Brian | Associate | 0.50 | $375.00 | $187.50 | Submit research findings regarding service of process under NY law to S. Eckas |
| 08/09/2007 | Eckas, Scott E. | Partner | 0.75 | $730.00 | $547.50 | Telephone conference with client; prepare email memorandum to client regarding obtaining default judgment |
| 08/13/2007 | Eckas, Scott E. | Partner | 0.25 | $730.00 | $182.50 | Attention to matter |
| 08/13/2007 | Biron, Kevin J. | Associate | 1.00 | $525.00 | $525.00 | Attention to file and recent correspondence; communications with S. Eckas regarding same; review documents relating to the FNLC dispute |
| 08/20/2007 | Biron, Kevin J. | Associate | 0.50 | $525.00 | $262.50 | Attention to relevant rules regarding entry of default judgment; communications with S. Eckas regarding same |
| 08/20/2007 | McLaughlin, Joshua R. | Paralegal I | 0.25 | $205.00 | $51.25 | Print individual rules of Judge Castel and ECF guidelines from Southern District of New York website per K. Biron |
| 08/22/2007 | Biron, Kevin J. | Associate | 0.50 | $525.00 | $262.50 | Review draft pleadings and rules; attention to file; communications with team regarding the same |
| 08/23/2007 | Biron, Kevin J. | Associate | 0.50 | $525.00 | $262.50 | Review draft pleadings; communications with team regarding the same |

Greenwich Capital v. Kay-Co Investments
SDNY Index No. 07-CV-6523 (PKC)

## McKee Nelson Legal Services Fees and Expenses

| Date | Name | Title | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| 08/23/2007 | Chow, Gary | Associate | 5.75 | $285.00 | $1,638.75 | Draft and edit proposed certificate of default, proposed default judgment, affidavit in support of request for default and request to clerk for entry of default; contact court clerk about requirements for filing motion for default; speak with S. Eckas and K. Biron |
| 08/24/2007 | Chow, Gary | Associate | 4.50 | $285.00 | $1,282.50 | Draft and edit request for entry of default, motion for default judgment, affidavit in support of motion for default judgment, and proposed default judgment; review contract between Greenwich and Kay-Co; contact court clerk regarding requirements for filing request for default; e-mail K. Biron |
| 08/27/2007 | Eckas, Scott E. | Partner | 0.25 | $730.00 | $182.50 | Attention to status of default judgment |
| 08/28/2007 | Eckas, Scott E. | Partner | 0.50 | $730.00 | $365.00 | Attention to entry of default judgment; telephone conversation with client regarding same; office and telephone conferences with K. Biron regarding same |
| 08/28/2007 | Biron, Kevin J. | Associate | 1.75 | $525.00 | $918.75 | Prepare default judgment papers; communications with team regarding the same |
| 08/28/2007 | Chow, Gary | Associate | 4.00 | $285.00 | $1,140.00 | Speak with K. Biron about drafts of papers for request of default; speak with courthouse about procedure for obtaining certificate of default; obtain Kay-Co's address; research electronic filing procedures for SDNY; draft cover letter to court for submission of courtesy copies; draft cover letter to clerk for submission of proposed certificate of default; edit request for entry of default, affidavit in support of default and proposed certificate of default |
| 08/29/2007 | Biron, Kevin J. | Associate | 2.25 | $525.00 | $1,181.25 | Finalize default papers and accompanying letter to the Court; draft letter to the Court in connection with proposed Scheduling Conference; communications with S. Eckas regarding the same |
| 08/29/2007 | Chow, Gary | Associate | 1.25 | $285.00 | $356.25 | Speak with K. Biron about edits to default judgment papers; draft cover letter to Kay-Co and agent for submission of documents; review submissions to court clerk and court for certificate of default |
| 08/30/2007 | Eckas, Scott E. | Partner | 0.50 | $730.00 | $365.00 | Review and revise default filings; office conference with K. Biron regarding same |
| 08/30/2007 | Biron, Kevin J. | Associate | 0.50 | $525.00 | $262.50 | Finalize letter to the Court regarding proposed Status Conference; communications with S. Eckas regarding the same |
| 08/30/2007 | McLaughlin, Joshua R. | Paralegal I | 0.50 | $205.00 | $102.50 | Electronically file pleading with the Southern District of New York per K. Biron |
| 08/31/2007 | McLaughlin, Joshua R. | Paralegal I | 1.75 | $205.00 | $358.75 | Go to Southern District of New York courthouse to deliver two envelopes to Judge Castel and obtain court clerk's signature for a Clerk's Certificate |
| 09/05/2007 | Eckas, Scott E. | Partner | 0.50 | $730.00 | $365.00 | Attention to obtaining default judgment |

Greenwich Capital v. Kay-Co Investments
SDNY Index No. 07-CV-6523 (PKC)

## McKee Nelson Legal Services Fees and Expenses

| Date | Name | Title | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| 09/05/2007 | Biron, Kevin J. | Associate | 2.75 | $525.00 | $1,443.75 | Review calculations received from client; communications with client regarding the same; review relevant local rules; communications with S. Eckas regarding all of the above; commence drafting Eckas affidavit |
| 09/05/2007 | Chow, Gary | Associate | 0.50 | $285.00 | $142.50 | Edit papers for motion for default judgment; speak with K. Biron |
| 09/06/2007 | Biron, Kevin J. | Associate | 6.00 | $525.00 | $3,150.00 | Prepare affidavits and application for default judgment; communications with S. Eckas regarding the same |
| 09/10/2007 | Eckas, Scott E. | Partner | 0.75 | $730.00 | $547.50 | Attention to obtaining default judgment, including review and revision of papers |
| 09/10/2007 | Biron, Kevin J. | Associate | 0.25 | $525.00 | $131.25 | Attention to file; review recent correspondence |
| 09/11/2007 | Eckas, Scott E. | Partner | 0.25 | $730.00 | $182.50 | Attention to application for default judgment, including discussions with K. Biron |
| 09/11/2007 | Biron, Kevin J. | Associate | 5.50 | $525.00 | $2,887.50 | Communications with client regarding open issues; draft/revise affidavits and application; create exhibits detailing damages calculation; communications with S. Eckas regarding all of the above |
| 09/12/2007 | Eckas, Scott E. | Partner | 0.25 | $730.00 | $182.50 | Attention to default judgment |
| 09/12/2007 | Biron, Kevin J. | Associate | 4.00 | $525.00 | $2,100.00 | Finalize application for default and accompanying affidavits; communications with client regarding the same |
| 09/13/2007 | Eckas, Scott E. | Partner | 0.25 | $730.00 | $182.50 | Attention to client emails |
| 09/13/2007 | Biron, Kevin J. | Associate | 0.25 | $525.00 | $131.25 | Communications with client regarding affidavits; attention to file |

FEE TOTAL    94.25    $46,113.75

ADMINISTRATIVE SURCHARGE

2%    $922.28

EXTERNAL EXPENSES

Process Server    $175.00

$47,211.03