## CERTIFICATE OF SERVICE

The undersigned hereby certifies a copy of the foregoing Application for Judgment by Default Against Defendant Kay-Co Investments, Inc. (with exhibits), the Affidavit of Scott E. Eckas (with exhibits), and the Affidavit of Anthony Constantine (with exhibits) was served this 24th day of September, 2007, via regular U.S. mail postage prepaid, upon:

Kay-Co. Investments, Inc.
88 Rowland Way, Suite 200
Novato, California 94945

National Registered Agents, Inc.
875 Avenue of the Americas, Suite 501
New York, New York 10001
Registered Agent for Defendant Kay-Co Investments, Inc.

/s/ Kevin J. Biron

_____

Kevin J. Biron (KB 1030)