

**EXHIBIT 1**

AGGREGATE REPURCHASE PRICE OF EPD LOANS

I.  Definition of Repurchase Price (Agreement §1, p. 12)

Repurchase Price: With respect to any Mortgage Loan, a price equal to (i) the Stated Principal Balance of such Mortgage Loan, plus (ii) interest on such Stated Principal Balance at the Mortgage Interest Rate from and including the last Due Date through which interest has been paid by or on behalf of the Mortgagor to the first day of the month following the date of repurchase, less amounts received in respect of such repurchased Mortgage Loan which are being held in the Custodial Account for distribution in connection with such Mortgage Loan, plus (iii) any unreimbursed servicing advances and monthly advances (including nonrecoverable monthly advances) and any unpaid servicing fees allocable to such Mortgage Loan paid by any party other than the Seller, plus (iv) any costs and expenses incurred by the Purchaser, the servicer, master servicer or any trustee in respect of the breach or defect giving rise to the repurchase obligation including without limitation any costs and damages incurred by any such party in connection with any violation by any such Mortgage Loan of any predatory or abusive lending law.

[CONTINUED ON NEXT PAGE]

II. <u>Calculation of Aggregate Repurchase Price of EPD Loans</u>

| Loan Number | (1) <u>Stated Principal Balance</u> | (2) <u>Accrued Interest</u> | (3) <u>Unreimbursed Advances and Fees</u> | (4) <u>Miscellaneous Costs</u> | (1) + (2) + (3) + (4) <u>**Repurchase Price**</u> |
|---|---|---|---|---|---|
| 325882 | $ 143,000.00 | $ 11,797.50 | $100.00 | $0 | $154,897.50 |
| 325660 | $ 126,926.96 | $ 11,661.41 | $100.00 | $0 | $138,688.37 |
| 327677 | $ 150,000.00 | $ 13,781.25 | $100.00 | $0 | $163,881.25 |
| 328327 | $ 188,000.00 | $ 15,196.67 | $100.00 | $0 | $203,296.67 |
| 327217 | $ 203,000.00 | $ 16,916.67 | $100.00 | $0 | $220,016.67 |
| 328371 | $ 105,000.00 | $ 8,750.00 | $100.00 | $0 | $113,850.00 |
| 328799 | $ 128,000.00 | $ 10,666.67 | $100.00 | $0 | $138,766.67 |
| 328831 | $ 210,000.00 | $ 17,850.00 | $100.00 | $0 | $227,950.00 |
| 329049 | $ 61,500.00 | $ 5,125.00 | $100.00 | $0 | $66,725.00 |
| 330533 | $ 69,000.00 | $ 3,471.56 | $2000.00 | $0 | $74,471.56 |
| 331861 | $ 80,000.00 | $ 5,716.67 | $1950.00 | $0 | $87,666.67 |
| 330461 | $ 143,963.15 | $ 10,497.31 | $2367.00 | $0 | $156,827.46 |
| | | | | AGGREGATE REPURCHASE PRICE FOR ALL EPD LOANS = | **$1,747,037.82** |

2