

# EXHIBIT 2

## AGGREGATE CURRENT MARKET VALUE OF EPD LOANS

I. <u>Calculation of Aggregate Current Market Value of EPD Loans</u>

Aggregate Unpaid Principal Balance ($1,608,390.11) * Bid Received (0.03 per dollar of unpaid principal balance) = $48,251.70