

**EXHIBIT 3**

PREMIUM LOSS ON EPD LOANS

I.   Formula for Calculation of Repurchase Premium (Agreement § 7.04(c), p. 35)

[Kay-Co] shall remit to [Greenwich] an amount equal to the product of (i) the excess of (A) the percentage of par as stated in the related Confirmation as the purchase price percentage (subject to adjustment as provided therein) over (B) 100%, times (ii) the outstanding principal balance of such Mortgage Loan as of the date of repurchase.

[CONTINUED ON NEXT PAGE]

II. Calculation of Premium Loss

| Loan Number | (1) Outstanding Principal Balance | (2) Purchase Price Percentage | (3) Excess of Purchase Price Percentage over 100% | (1) * (3) Repurchase Premium |
|---|---|---|---|---|
| 325660 | $ 126,926.96 | 100.3567% | 0.3567% | $452.69 |
| 325882 | $ 143,000.00 | 100.7206% | 0.7206% | $1,030.43 |
| 327217 | $ 203,000.00 | 100.7796% | 0.7796% | $1,582.67 |
| 327677 | $ 150,000.00 | 100.3567% | 0.3567% | $534.98 |
| 328327 | $ 188,000.00 | 100.3567% | 0.3567% | $670.50 |
| 328371 | $ 105,000.00 | 100.7796% | 0.7796% | $818.62 |
| 328799 | $ 128,000.00 | 100.7796% | 0.7796% | $997.94 |
| 328831 | $ 210,000.00 | 100.7796% | 0.7796% | $1,637.24 |
| 329049 | $ 61,500.00 | 100.7796% | 0.7796% | $479.48 |
| 330461 | $ 143,963.15 | 99.5000% | 0% | $0 |
| 330533 | $ 69,000.00 | 99.5000% | 0% | $0 |
| 331861 | $ 80,000.00 | 99.5000% | 0% | $0 |
| AGGREGATE PREMIUM LOSS FOR ALL EPD LOANS = | | | | $8,204.54 |

2