

# **EXHIBIT 4**

## PRE-JUDGMENT INTEREST

I.      Calculation of Interest Accrued on $1,706,990.66
        From 7/30/07 until 8/31/07 at 9% Simple Interest Per Annum

Annual Simple Interest Rate (9%) * Number of Years (1/12) * $1,706,990.66 = $12,802.43