UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GREENWICH CAPITAL FINANCIAL
PRODUCTS, INC.,

                Plaintiff,                07 CIVIL 6523 (PKC)

                                                      DEFAULT
      -against-                      **JUDGMENT**

KAY-CO INVESTMENTS INC., d/b/a Pro30
Funding,
                                   # 08, 0554
                Defendant.
-----------------------------------------------------------X

       Plaintiff having moved for a default judgment pursuant to Fed. R. Civ. P. 55 against defendant, and the matter having come before the Honorable P. Kevin Castel, United States District Judge, and the Court, on April 4, 2008, having rendered its Memorandum and Order granting the motion for default judgment in the amount of $1,706,990.66 in damages, plus 9% interest for the period beginning July 30, 2007 through the date of judgment, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated April 4, 2008, the motion for default judgment is granted in the amount of $1,706,990.66 in damages, plus 9% interest for the period beginning July 30, 2007 through the date of judgment of $106,067.26 for a total of $1,813,057.92.

**Dated:**  New York, New York
         April 7, 2008

                                                    **J. MICHAEL McMAHON**

                                                    **Clerk of Court**

                          BY:
                                                    **Deputy Clerk**

                **THIS DOCUMENT WAS ENTERED
                ON THE DOCKET ON** _____

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 4/7/08]